# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON HENDERSON,<br>Petitioner,<br>v.<br>L. MONTGOMERY, Warden,<br>Respondent. | Case No. 2:18-cv-05390-MWF-KES<br><br>ORDER ACCEPTING AMENDED REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Amended Report and Recommendation of the United States Magistrate Judge (Dkt. 31). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkts. 34) have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Grounds One and Three are dismissed without prejudice as unexhausted.

DATED: July 19, 2019

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE