O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON W. HENDERSON, | Case No. 2:18-cv-05390-MWF-KES |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |
| WARDEN L. MONTGOMERY, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation (Dkt. 78) to which objections (Dkt. 89) have been made, as well as Petitioner's Request for the Issuance of a Certificate of Appealability (Dkt. 96).  The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: April 21, 2021                 _____
                                      MICHAEL W. FITZGERALD
                                      United States District Judge