J S - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON W. HENDERSON,<br><br>       Petitioner,<br><br>   v.<br><br>WARDEN L. MONTGOMERY, et al.,<br><br>       Respondent. | Case No. 2:18-cv-05390-MWF-KES<br><br>**JUDGMENT** |

     Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

     IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  April 21, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge